EDWARD WATTE, Plaintiff, v . OTIS ELEVATOR COMPANY and Others, Defendants, and 350 NORTHERN AVE. CORPORATION , Respondent, and CONSOLIDATED ELECTRIC CONSTRUCTION Co., INC., and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

SADIE FINESILVER and MARY WOLPERT, as General Guardian of the Person and Estate of ANN LOUISE FINESILVER, an Infant, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

SOPHIE C. ZINOVOY, Respondent, v. MINNIE LIEBERMAN, Individually, and as Administratrix, etc., of DAVID H. LIEBERMAN, Deceased, etc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

PAULA JOSEPHTHAL and EDWARD JOSEPHTHAL, Appellants, v. MADISON SQUARE GARDEN CORPORATION and Others, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ECONOMY COMBUSTION ENGINEERING CORPORATION, Appellant, v. REO OPERATING Co., INC., Defendant, Impleaded with CRITERION HOLDING Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ANNA CARAMANNA, Respondent, v. SIXTH AVENUE & FIFTY-FIFTH STREET CORPORATION and Others, Appellants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects denied. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

DAVID KEIZERSTEIN, Respondent, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, Respondent.— Orders, in so far as appealed from by defendant, unanimously reversed, with twenty dollars costs and disbursements, and plaintiff's motion to examine defendant before trial as to item " 2 " contained in plaintiff's notice of motion, dated April 8, 1937, denied. Order, in so far as appealed from by plaintiff, affirmed. No opinion. The dates for the examinations to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM CONWAY, Appellant, for an Order of Mandamus against WILLIAM F. CAREY, as Commissioner of Sanitation, Department of Sanitation, City of New York, and Others, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of W. R. CLARK PRINTING & BINDING Co., INC., Assignor, to GEORGE DEXTER VAN HOUTEN, Assignee, Appellant. MARY C. ROSAVAGE, Petitioner, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.